UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICE LANGSTON,**

       **Plaintiff,**

v.                                                         **Case No: 6:20-cv-628-Orl-41LRH**

**LUXURY TRANSPORTATION GROUP,**

       **Defendant.**

                                                   /

**ORDER**

THIS CAUSE is before the Court on the Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice ("Motion," Doc. 22). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 23), recommending that the Motion be granted.

After a *de novo* review of the record, and noting that the parties filed a Joint Notice of No Objection to Report and Recommendation (Doc. 24), this Court agrees with the analysis in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 22) is **GRANTED**.

3. The Settlement Agreement (Doc. 22-1) is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 13, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record